JOHN C. COURTNEY, ESQ.
Nevada Bar No. 11092
CHRISTOPHER BLAKESLEY, ESQ.
Nevada Bar No. 11922
LBC LAW GROUP
3215 W. Charleston Blvd., Ste. 120
Las Vegas, Nevada 89102
Ph.: (702) 608-3030
Fax: (702) 463-4443
info@lbclawgroup.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMIGDIO MARTINEZ PINEDA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY, NATIONWIDE INSURANCE, an Ohio Corporation, qualified in Nevada, DOES I-X, and ROES XI-XX,<br><br>Defendants. | Case No.: 2:17-cv-00390-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT THEREOF**<br><br>**(First Request)** |

The above-referenced parties, by and through their undersigned counsel of record, hereby agree and stipulate, subject to this Court's approval, to extend the deadline for Plaintiff to file his Response to Defendant's Motion for Summary Judgment (ECF No. 17) currently set for July 19, 2017, for an additional two (2) days, until and including July 21, 2017.  Furthermore, the parties hereby agree and stipulate, subject to this Court's approval, that Defendant shall have an additional two (2) court days to file its Reply in Support of Motion for Summary Judgment, through and including August 8, 2017.  This is the first requested extension of this deadline between the parties.  The extension is being requested as Plaintiff's counsel requires several additional days to complete the Response.

1

The extension is requested in good faith and will not prejudice any party and will allow Plaintiff a few additional days to complete his Response, as well as allow Defendant the same extra few days to complete its Reply. This parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

IT IS SO STIPULATED.

DATED this 19th day of July, 2017.

LBC LAW GROUP

By: /s/ John C. Courtney, Esq.
JOHN C. COURTNEY, Esq.
Nevada Bar No. 11092
CHRISTOPHER L. BLAKESLEY, Esq.
Nevada Bar No. 11922
3215 W. Charleston Blvd., Ste. 120
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this 19th day of July, 2017.

LEWIS BRISBOIS BISGARRD & SMITH LLP

By: /s/ Cheryl A. Grames, Esq.
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 008181
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 012752
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

IT IS SO ORDERED this 20 day of July, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

2