ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
Email: Priscilla.Obriant@lewisbrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMIGDIO MARTINEZ PINEDA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY NATIONWIDE INSURANCE, an Ohio Corporation, qualified in Nevada, DOES I-X, and ROES XI-XX,<br><br>Defendants. | CASE NO. 2:17-cv-00390-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

The above referenced parties, by and through their undersigned counsel of record, hereby agree and stipulate, subject to the Court's approval, to extend the deadline for Defendant AMCO Insurance Company ("AMCO") to file its Reply in Support of its Motion Summary Judgment (ECF No. 17), currently set for August 8, 2017 (*see* ECF No. 25) for an additional three days to and including Friday August 11, 2017. AMCO requires a brief extension of the Reply deadline to complete its Reply. This is the parties' second request for an extended briefing deadline.

/ / /

/ / /

/ / /

4841-0485-4092.1

The proposed extension is requested in good faith and will not prejudice any party. Furthermore, the proposed extension will not affect any of the other discovery deadlines set forth in the Scheduling Order (*see* ECF No. 22).

IT IS SO STIPULATED.

DATED this 7th day of August, 2017.      DATED this 7th day of August, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP      LUCHERINI BLAKESLEY COURTNEY, P.C.

/s/ *Cheryl A. Grames*    /s/ *John C. Courtney*
Robert W. Freeman, Esq.              John C. Courtney, Esq.
Nevada Bar No. 03062                 Nevada Bar No. 11092
Priscilla L. O'Briant, Esq.          Christopher Blakesley, Esq.
Nevada Bar No. 08181                 Nevada Bar No. 11922
Cheryl A. Grames, Esq.               3175 S. Eastern Avenue
Nevada Bar No. 12752                 Las Vegas, Nevada 89169
6385 S. Rainbow Blvd, Suite 600      *Attorneys for Plaintiff Emigdio Martinez*
Las Vegas, Nevada 89118              *Pineda*
Attorney for Defendant
*State Farm Mutual Automobile*
*Insurance Company*

**IT IS SO ORDERED:**

Dated this __8__ day of __August__, 2017.

_____
**UNITED STATES DISTRICT COURT JUDGE**

4841-0485-4092.1         2