ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
Email: Priscilla.Obriant@lewisbrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
Email: Cheryl.Grames@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383 / FAX: 702.893.3789
*Attorneys for Defendant/Counterclaimant*
*AMCO INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EMIGDIO MARTINEZ PINEDA, an individual, | CASE NO. 2:17-cv-00390-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS BOTH PLAINTIFF'S COMPLAINT AND DEFENDANT AMCO INSURANCE COMPANY'S COUNTERCLAIMS WITH PREJUDICE** |
| AMCO INSURANCE COMPANY NATIONWIDE INSURANCE, an Ohio Corporation, qualified in Nevada, DOES I-X, and ROES XI-XX, | |
| Defendants. | |
| AMCO INSURANCE COMPANY, | |
| Counterclaimant, | |
| vs. | |
| EMIGDIO MARTINEZ PINEDA, an individual, | |
| Counterdefendant. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff/Counter-defendant Emigdio Martinez Pineda ("Plaintiff"), by and through his undersigned counsel of record, Thomas C. Michaelides, Esq. and Scott B. Olifant, Esq. of TCM Law Group, and Defendant/Counter-claimaint AMCO Insurance Company ("Defendant"), by and through its undersigned counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed with

4819-7684-6686.1      Stipulation and Order to Dismiss Action with Prejudice

prejudice, and all of Defendant's claims and causes of action against Plaintiff in the above-entitled action shall be dismissed with prejudice. Each party is to bear their own fees and costs.

It is so stipulated.

DATED this 22nd day of February 2018.	DATED this 22nd day of February 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP	TCM LAW

/s/ *Cheryl A. Grames*	/s/ *Scott B. Olifant*
Robert W. Freeman, Esq.	Thomas C. Michaelides, Esq.
Nevada Bar No. 03062	Nevada Bar No. 5425
Priscilla L. O'Briant, Esq.	Scott B. Olifant, Esq.
Nevada Bar No. 08181	Nevada Bar No. 7471
Cheryl A. Grames, Esq.	1614 S. Maryland Parkway
Nevada Bar No. 12752	Las Vegas, Nevada 89104
6385 S. Rainbow Blvd, Suite 600	*Attorney for Plaintiff/Counter-Defendant*
Las Vegas, Nevada 89118	*Emigdio Martinez Pineda*
*Attorney for Defendant/Counterclaimant AMCO Insurance Company*

**IT IS SO ORDERED.**

Dated this __23__ day of February, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court